UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **PHILLIP ORLANDO EALY JOHNSON #625934** | **CIVIL ACTION NO. 24-cv-1496 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TIM HOOPER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 7] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Doc. No. 5] filed by pro se Petitioner Orlando Ealy Johnson ("Johnson") is **DIMISSED WITHOUT PREJUDICE** for lack of jurisdiction because Johnson's Petition is second and successive and he has not obtained authorization for filing.

**MONROE, LOUISIANA,** this the 18th day of February, 2025.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**